# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONNIE OFFER,** | : CIVIL ACTION NO. 1:19-CV-1078 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **HERSHEY ENTERTAINMENT & RESORTS COMPANY,** | : |
| Defendant | : |

## ORDER

AND NOW, this 18th day of June, 2020, upon consideration of the motion (Doc. 14) to dismiss by defendant, and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 14) to dismiss is GRANTED in part and DENIED in part as follows:

    a. Defendant's motion (Doc. 14) is GRANTED with respect to Ronnie Offer's retaliation claims.

    b. Defendant's motion (Doc. 14) is otherwise DENIED.

2. Offer is GRANTED leave to amend his complaint in accordance with the accompanying memorandum on or before **Thursday, July 9, 2020**. In the absence of a timely filed amended complaint, this matter shall proceed on Counts I and II.  Defendant's deadline to respond to the amended complaint under Federal Rule of Civil Procedure 12(a)(4)(A) is DEFERRED for the duration of the 21-day amendment period.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner
        United States District Judge
        Middle District of Pennsylvania